**IT IS SO ORDERED.**

**Dated: 29 June, 2010 08:44 AM**

/s/ Randolph Baxter
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In Re Joseph S. Getts & Kristine M. Rodis-Getts, | Case No. 10-14225 |
| Debtor | Chapter 7 |

### ORDER APPROVING REAFFIRMATION AGREEMENT

The debtor(s) Joseph S. Getts & Kristine M. Rodis-Getts have filed for approval of the reaffirmation agreement dated June 10, 2010 made between the debtor(s) and Third Fedeal Savings & Loan Assoc. Of Cleveland.

COURT ORDER: The court grants the debtor's reaffirmation agreement described above.

BY THE COURT

###